UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE SAMUEL WHITED,           )
                               )        No. 4:07-CV-207 CAS
        Petitioner,            )

ORDER OF DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this   5th   day of February, 2007.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**